IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TOMMIE L. CARTER,

              Plaintiff,

        v.

ANTONIO CUMMINGS and ROBERT PICKLE,

             Defendants.

ORDER

16-cv-55-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this _____2d_____ day of May, 2017.

BY THE COURT:

_Barbara B Crabb_

BARBARA B. CRABB
District Judge

1